## WEISS *v.* WEISS

[No. 111, September Term, 1958.]
(Two Appeals In One Record)

*Decided January 20, 1959.*

The cause was argued before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

*Paul Berman* and *Melvin J. Sykes,* with whom were *Sigmund Levin* and *Theodore B. Berman* on the brief, for appellant and cross-appellee, Abraham Weiss.

*Max R. Israelson* for appellee and cross-appellant, Hilda Weiss.

PER CURIAM.

A careful study of the record leads us to agree with the chancellor's finding that the wife's charges of constructive desertion and mental cruelty were not supported by the evidence. On the cross-appeal, we think the fee allowed to the wife's counsel should be reduced from $4,000 to $2,500 under all the circumstances of the case. We shall accordingly modify the decree in this respect, and, as modified, affirm it.

> *Decree modified by reducing the fee allowed to the wife's counsel to $2,500, and, as modified, affirmed, costs to be paid by Abraham Weiss.*